UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE CARNE, et al., | No. 1:19-cv-01151-AWI-SKO |
| Plaintiffs, | ORDER DIRECTING THE CLERK TO TERMINATE PLAINTIFF CAROLINE GRAYSON |
| v. | |
| STANISLAUS COUNTY ANIMAL SERVICES AGENCY, et al., | (Doc. 39) |
| Defendants. | |

On October 25, 2021, the parties filed a "Joint Stipulation for Dismissal of Plaintiff Caroline Grayson," dismissing Plaintiff Caroline Grayson's claims with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 39.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d

688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii), this case has automatically terminated as to Plaintiff Caroline Grayson. *See* Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Plaintiff Caroline Grayson.

This case shall remain OPEN pending resolution of the remaining Plaintiffs' claims.

IT IS SO ORDERED.

Dated:   **October 26, 2021**                              /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE

2